IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                     )
    Walter Edgar Hayes, III      )
    Carolyn Ruth Hayes            )
                                  )     Case No. 08-30375JWV-7

**MOTION TO TRANSFER FUNDS TO COURT REGISTRY**

    COMES NOW Patricia A. Brown, Trustee in Bankruptcy for Walter Edgar Hayes, III, and Carolyn Ruth Hayes files this Motion to Transfer Funds to Court Registry. In support thereof the Trustee states:

    1. Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

    2. The Trustee made her final distribution in the above- referenced bankruptcy estate pursuant to the Court's Order Approving her Final Report entered on February 10, 2010.

    3. Dividend checks were issued on February 11, 2010 and forwarded to claimants.

    4. The Trustee has funds from the creditor USBank in the amount of $8.13. The Trustee sent the funds to the creditor at the last known address. The check, # 104 was returned by creditor, US Bank, stating that their claim was been paid in full and no future disbursements should be make to USBank. These funds remain in the bankruptcy estate account. If trustee was to redistribute these funds to other claimants, some claimants would receive as little as $.06.

    Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

                                          /s/ Patricia A. Brown
                                          Patricia A. Brown, Trustee
                                          P. O. Box 1865
                                          1857 W. Dogwood Drive
                                          Joplin, Missouri 64802
                                          417-206-8358

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                      )
    Walter Edgar Hayes, III        )
    Carolyn Ruth Hayes             )
                                   )      Case No. 08-30375JWV-7

## CERTIFICATE OF SERVICE

    The undersigned certifies that a complete copy of the foregoing instrument was served on March 31, 2010, either by electronic notice or by U. S. Mail, postage prepaid to :debtors, debtor's Attorney, U. S. Trustee, those parties listed below, if any and those requesting notice but are not participating in the ECF System on the date entered on the court's docket.

                                                /s/ Patricia A. Brown, Trustee
                                                Patricia A. Brown, Trustee